UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


RONALD SHAW-EL,                    Case No. 06-14259

            Plaintiff,             DISTRICT JUDGE
                                   ARTHUR J. TARNOW
v.
                                   MAGISTRATE JUDGE
SERRA BROTHERS, INC., et al,       PAUL J. KOMIVES

            Defendants.

_____/


## ORDER GRANTING DEFENDANT'S MOTION TO DISMISS [DE 9], GRANTING DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT [DE 8], AND GRANTING PLAINTIFF'S MOTION TO AMEND [DE 16]

Before the Court are Defendant's motion to dismiss [DE 9], Defendant's motion for more definite statement [DE 8], and Plaintiff's motion to amend complaint [DE 16], on which the Court heard oral arguments May 15, 2007. For the reasons stated on the record at the motion hearing,

IT IS HEREBY ORDERED that Defendant's motion to dismiss [DE 9] is GRANTED, as to all claims brought under the Fourteenth Amendment, 42 U.S.C. § 1983, and violations of the collective bargaining agreement.

IT IS FURTHER ORDERED that Defendant's motion for more definite statement [DE 8] is GRANTED.

IT IS FURTHER ORDERED that Plaintiff's motion to amend complaint [DE

16] is GRANTED. Plaintiff's amended complaint will be filed by June 15, 2007.

Defendant will have 30 days to respond to the amended complaint.

SO ORDERED.


S/ARTHUR J. TARNOW
Arthur J. Tarnow
United States District Judge

Dated: May 18, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on May 18, 2007, by electronic and/or ordinary mail.

S/THERESA E. TAYLOR
Case Manager