UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD SHAW-EL, *pro se*,

       Plaintiff,                       Case No. 06-14259

v.                                       DISTRICT JUDGE ARTHUR J. TARNOW

SERRA BROTHERS, INC., et al,       MAG. JUDGE PAUL J. KOMIVES

       Defendants.

_____ /

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [DE 47], GRANTING DEFENDANTS' MOTION TO DISMISS [DE 37], DENYING PLAINTIFF'S MOTION TO AMEND [DE 35], AND DENYING AS MOOT DEFENDANTS' MOTION TO STRIKE [DE 42]**

      There having been no objection to Magistrate Judge Komives' Report and Recommendation [DE 47] filed August 7, 2008, and the Court being fully advised in the premises,

      IT IS HEREBY ORDERED that the Report and Recommendation of Magistrate Judge Komives [DE 47] is ADOPTED.

      IT IS FURTHER ORDERED that Defendants' Motion to Dismiss [DE 37] is GRANTED.

      IT IS FURTHER ORDERED that Plaintiff's Motion to Amend [DE 35] is DENIED.

      IT IS FURTHER ORDERED that Defendants' Motion to Strike [DE 42] is DENIED as MOOT.

      SO ORDERED.

                                  S/ARTHUR J. TARNOW
                                  Arthur J. Tarnow
                                  United States District Judge

Dated: August 26, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on August

26, 2008, by electronic and/or ordinary mail.

          S/V. Sims for THERESA E. TAYLOR
          Case Manager